**STATEMENT OF FACTS**

On or about July 6, 2014, at approximately 4:45 a.m., officers with the Metropolitan Police Department were in the 300 block of 53rd Street, N.E., Washington, D.C. when they observed the defendant leaning into the open trunk of a Toyota Camry. When the defendant saw the officers approaching he immediately shut the trunk and walked quickly to the driver's side door. The defendant briefly leaned into the Camry then closed the door and ran from the officers. The officers pursued the defendant and saw him toss a half ounce vial of PCP onto the ground. The defendant was stopped and placed under arrest after the officers recovered the vial containing a yellowish liquid substance that had a strong chemical odor consistent with the smell of phencyclidine (PCP). When officers returned to the parked car, they saw a zip containing a brown powder substance in plain view on the driver's side door. The officers recovered a key for the Camry from the defendant's person and used it to open the locked doors to the automobile. A search of the passenger compartment of the Camry revealed three additional vials that had an odor consistent with PCP and a small zip lock bag with a light brown powder. During a search of the trunk of the Camry the officers recovered a bag containing mail matter bearing the defendant's name and photos of the defendant. The bag was lying next to a loaded Intratec 9mm Luger semi-automatic pistol, a loaded Bryco 59 9mm semi-automatic pistol, and a loaded Glock 30, 45 caliber semi-automatic pistol. The firearms were visible when the officers opened the trunk. A portion of the light brown powder field tested positive for opiates. To the best of the undersigned officer's knowledge, defendant Leonard Johnson, has previously been convicted of crimes punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case Nos. 2011-CF2-017310 and 2004-FEL-002254. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Intratec 9mm Luger semi-automatic, Bryco 59 9mm semi-automatic, or Glock 30, 45 caliber semi-automatic pistols nor 9mm or .45 caliber ammunition manufactured in the District of Columbia.

_____
SGT. MICHAEL LYNCH
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF JULY, 2014.

_____
U.S. MAGISTRATE JUDGE